IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GEOFFREY A. HERLING,

    Petitioner,

  v.

                                                          Case No. 18-cv-248-wmc

MICHAEL DITTMAN,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered Geoffrey Herling's petition for a writ of habeas corpus.

| /s/ | 5/29/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |